849 A.2d 563

IN THE MATTER OF PHILIP M. MORELL,
AN ATTORNEY AT LAW.

June 3, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–316, concluding that as matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4), **PHILIP M. MORELL** of **NEW ROCHELLE, NEW YORK,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of one year based on discipline in the State of New York for conduct involving dishonesty, fraud, deceit, or misrepresentation in violation of New York *DR*–102(a)(4), which in New Jersey constitutes a violation of *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **PHILIP M. MORELL** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to August 8, 2003, the effective date of respondent's suspension in New York; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.